IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01043-MSK-GJR

JOHN RODWICK,

    Plaintiff,

v.

COLORADO WEST REGIONAL MENTAL HEALTH CENTER,

    Defendant.

## ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT COLORADO WEST REGIONAL MENTAL HEALTH CENTER, INC., WITH PREJUDICE

THIS MATTER having come before this Court on a Stipulated Motion to Dismiss All Claims Against Defendant Colorado West Regional Mental Health Center, Inc., with Prejudice **(#32)**. Having reviewed the Stipulated Motion,

**IT IS THEREFORE ORDERED** that the Stipulated Motion is **GRANTED** and all claims asserted by Plaintiff JohnRodwick against Defendant ColoradoWest Regional Mental Health Center, Inc., in Civil Action No.10 CV 01043-MSK-GJR, are dismissed with prejudice, each party to bear its own costs and attorney fees. The Clerk is directed to close this case.

DATED this 12th day of April, 2011.

                                                  **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge